## *IN THE SUPREME COURT, STATE OF WYOMING*

### 2020 WY 139

*October Term, A.D. 2020*

*November 6, 2020*

**BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR,**

Petitioner,

v.

**CLAY B. JENKINS, WSB #5-2249,**

Respondent.

D-20-0005

## ORDER OF IMMEDIATE SUSPENSION

[¶ 1]  **Pursuant** to Rules 17 and 18 of the Wyoming Rules of Disciplinary Procedure, Bar Counsel for the Wyoming State Bar filed herein, on August 21, 2020, a "Petition for Immediate Suspension of Attorney."  In accord with Rule 18(d), this Court, on September 9, 2020, issued an Order to Show Cause why Respondent's license to practice law should not be immediately suspended.  Respondent did not file a response to the Order to Show Cause.  Now, after a careful review of the notice and the file, this Court finds that Respondent should be suspended from the practice of law pending resolution of the formal charge that has been, or will be, filed against him.  It is, therefore,

[¶ 2]  **ADJUDGED AND ORDERED** that, effective immediately, the Respondent, Clay B. Jenkins, shall be, and hereby is, suspended from the practice of law, pending resolution of the formal charge that has been, or will be, filed against him; and it is further

[¶ 3]  **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21 of those rules; and it is further

[¶ 4]  **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order of Immediate Suspension shall be published in the Pacific Reporter; and it is further

[¶ 5]  **ORDERED** that the Clerk of this Court shall transmit a copy of this Order of Immediate Suspension to the Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶ 6]  **DATED** this 6th day of November, 2020.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**